## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAWN LALUMERA,** : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 12-929 |
| : | |
| **2491 CORP.** : | |
| **d/b/a NIFTY FIFTY'S, et al.,** : | |
| **Defendants.** : | |
| : | |

## O R D E R

**AND NOW**, this 27th day of August, 2012, it is hereby **ORDERED** that Plaintiff's Motion to Compel *(Doc. No. 20)* is **GRANTED**. The Pennsylvania Unemployment Compensation Board of Review shall provide the requested materials no later than **September 6, 2012**.

                                                **AND IT IS SO ORDERED.**

                                                /s/ Paul S. Diamond
                                                _____
                                                Paul S. Diamond, J.